UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA A. McKINNEY,<br><br>　　　　　Defendant. | No. CR-10-0063-FVS-2<br><br>ORDER DISMISSING INDICTMENT |

**IT IS HEREBY ORDERED:**

The government's oral motion to dismiss is **GRANTED**. The indictment in this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel and close the file.

**DATED** this ___23rd___ day of February, 2011.

　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　Senior United States District Judge

ORDER DISMISSING INDICTMENT - 1